**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bernadette Baker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| Dirk Kempthorne, Secretary, United States | ) | |
| Department of Interior, or his predecessor- | ) | |
| in-office; United States Department of | ) | |
| Interior; Bureau of Indian Affairs, Louis | ) | |
| Dauphinais as Middle School Principal and | ) | Case No.  4:08-cr-077 |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

_____

On October 7, 2008, Plaintiff's counsel filed a Notice of Withdrawal.  Construing Plaintiff counsel's notice as a request for leave to withdraw as counsel of record, the court **DENIES** the request (Docket No.  6) without prejudice as the notice does not satisfy the requirements of D.N.D. Gen L.R.  1.3(F), which states:

> An attorney who has appeared of attorney of record in case is not relieved of his or her duties to the court, the client, or to an opposing attorney until (1) the attorney has filed a motion to withdraw establishing good cause for withdrawing, (2) the attorney has served the motion on an opposing attorney and the client, and (3) the court has granted the motion to withdraw.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2008.

                                                _/s/  Charles S.  Miller, Jr._
                                                Charles S.  Miller, Jr.
                                                United States Magistrate Judge