**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bernadette Baker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dirk Kempthorne, Secretary, United States | ) | |
| Department of Interior, or his predecessor- | ) | |
| in-office; Bureau of Indian Affairs, Louis | ) | |
| Dauphinais as Middle School Principal and | ) | |
| in his individual capacity, | ) | |
| | ) | Case No.  4:08-cv-077 |
| Defendant. | ) | |

_____

On June 24, 2009, the Plaintiff filed a motion seeking leave to amend her complaint to include the following in her prayer for relief: front and back pay (with interest), benefits (sick leave, personal leave, administrative leave), thrift savings, all career ladder promotions, retirement and other benefits she would have been entitled to, and punitive damages.  The court granted her motion in its order of July 15, 2009.

On July 9 and 29, 2009, the Plaintiff filed motions seeking leave to amend her complaint.  Her proposed amendments mirror those requested in her June 24, 2009, motion.  In light of the court's order of Juy 15, 2009, the motions filed by the Plaintiff on July 9 and 29, 2009 (Docket No. 39 and  and 41), are **MOOT**.  The Plaintiff shall have until August 15, 2009, to file amended complaint setting forth all of her claims and the relief she seeks.

**IT IS SO ORDERED.**

Dated this 30th day of July, 2009.

/s/ Charles S. Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge