**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bernadette Baker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dirk Kempthorne, Secretary, United States | ) | |
| Department of the Interior, or his | ) | |
| Predecessor-in-office; Bureau of Indian | ) | |
| Affairs, Louis Dauphinais as Middle School | ) | |
| Principal, and in his individual capacity, | ) | |
| | ) | Case No. 4:08-cv-077 |
| Defendants. | ) | |

___

Before the Court is Plaintiff's Motion for Reconsideration.  Plaintiff requests that the court reconsider its order of March 12, 2010, wherein it granted Defendants' motion to stay discovery pending final disposition of Defendants' Motion for Summary Judgment.  Having reviewed the record, the court finds no basis for reversing its previous order.  Plaintiff's Motion for Reconsideration (Docket No. 57) is therefore **DENIED**.

Dated this 22nd day of March, 2010.

>   */s/  Charles S. Miller, Jr.*
>   Charles S. Miller, Jr.
>   United States Magistrate Judge