**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Bernadette Baker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dirk Kempthorne, Secretary, United States | ) | |
| Department of the Interior, or his | ) | |
| Predecessor-in-office; Bureau of Indian | ) | |
| Affairs, Louis Dauphinais as Middle School | ) | |
| Principal, and in his individual capacity, | ) | |
| | ) | Case No. 4:08-cv-077 |
| Defendants. | ) | |

_____

On April 7, 2010, the court entered an order granting Defendants' Motion for Summary Judgment. Judgement in favor of Defendants was entered on April 8, 2010. Thereafter, Plaintiff filed a Motion to Compel. As this action has been dismissed, Plaintiff's Motion to Compel (Docket No. 61) is **MOOT**.

**IT IS SO ORDERED.**

Dated this 16th day of April, 2010.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge